[No. 6797-8-II. Division Two. July 6, 1984.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*,
v. ACE NOVELTY CO., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 79-2-00107-1, Carol A. Fuller, J., entered

December 8, 1982. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.